| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Brent D. George 174363<br>1337 E. Thousand Oaks Blvd., Suite 206<br>Thousand Oaks, CA 91362<br>805-494-8400  Fax:  888-389-9815<br>174363 CA<br>brentg1@att.net<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Michael A. Hershman<br>Linda J. Hershman<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing Required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (Check only ONE box below):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: February 20, 2020      Michael A. Hershman                    /s/ signature
                              Printed name of Debtor 1              Signature of Debtor 1

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                              Page 1                              F 1002-1.EMP.INCOME.DEC

<u>Declaration of Debtor 2 (Joint Debtor) (if applicable)</u>

2. ☑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (Check only ONE box below):

☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: **February 20, 2020**     **Linda J. Hershman**
                                  Printed name of Debtor 2          Signature of Debtor 2

0096

**FOXPOINT MEDIA**
We Get Your Point Across!
8590 East Shea Blvd, Suite 130
Scottsdale, Arizona
www.foxpointmediaco.com

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com
91-2/1221

02/07/2020

PAY TO THE ORDER OF

Tony Hershman     $ **2,463.98   DOLLARS

Two thousand four hundred sixty-three and 98/100************************************************************

Tony Hershman

MEMO                    AUTHORIZED SIGNATURE

⑆000096⑆ ⑈122100024⑈ 361521690⑆

Foxpoint Media

0096

01/24/2020

Michael A. Hershman

0.00
\*\*\*NON-NEGOTIABLE\*\*\*

\*\*\*\*This is not a check. \*\*\*\*\*Advice of deposit only\*\*\*\*

Michael A. Hershman
638 Lindero Canyon #420
Oak Park  CA 91377

**EMPLOYER**
Fox Point Media
8590 E Shea Blvd., Suite 130
Scottsdale AZ 85260

**PAY PERIOD**
Period Beginning:    01/09/2020
Period Ending:       01/22/2020
Pay Date:            01/24/2020

**EMPLOYEE**
Michael A. Hershman
638 Lindero Canyon #420
Oak Park  CA 91377

**NET PAY:**        $3,953.38
Acct#....3825:      $3,953.38

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 0.00 | 2,692.31 |
| Reimbursement | - | - | 2,692.44 | 2,692.44 |
| office supplies etc | - | - | 1,260.94 | 2,521.88 |

| DEDUCTIONS | Current | YTD |
|---|---|---|
| | | |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 0.00 | 173.58 |
| Social Security | 0.00 | 166.92 |
| Medicare | 0.00 | 39.04 |
| CA Income Tax | 0.00 | 45.65 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $3,953.38 | $7,906.63 |
| Taxes | $0.00 | $425.19 |
| Deductions | $0.00 | $0.00 |

**Net Pay**        $3,953.38

01/10/2020

0.00
\*\*\*NON-NEGOTIABLE\*\*\*

Michael A. Hershman

\*\*\*\*This is not a check. \*\*\*\*\*Advice of deposit only\*\*\*\*

Michael A. Hershman
638 Lindero Canyon #420
Oak Park  CA 91377

**EMPLOYER**
Fox Point Media
8590 E Shea Blvd., Suite 130
Scottsdale AZ 85260

**PAY PERIOD**
Period Beginning: 12/26/2019
Period Ending: 01/08/2020
Pay Date: 01/10/2020

**EMPLOYEE**
Michael A. Hershman
638 Lindero Canyon #420
Oak Park  CA 91377

**NET PAY:** $3,528.06
Acct#....3825: $3,528.06

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 2,692.31 | 2,692.31 |
| office supplies etc | - | - | 1,260.94 | 1,260.94 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 173.58 | 173.58 |
| Social Security | 166.92 | 166.92 |
| Medicare | 39.04 | 39.04 |
| CA Income Tax | 45.65 | 45.65 |
| AZ Income Tax | 0.00 | 0.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $3,953.25 | $3,953.25 |
| Taxes | $425.19 | $425.19 |
| Deductions | $0.00 | $0.00 |

**Net Pay** $3,528.06

12/27/2019

Michael A. Hershman

0.00

\*\*\*NON-NEGOTIABLE\*\*\*

\*\*\*\*This is not a check. \*\*\*\*\*Advice of deposit only\*\*\*\*

Michael A. Hershman
638 Lindero Canyon #420
Oak Park  CA 91377

**EMPLOYER**
Fox Point Media
8590 E Shea Blvd., Suite 130
Scottsdale AZ 85260

**PAY PERIOD**
Period Beginning        12/12/2019
Period Ending:          12/25/2019
Pay Date:               12/27/2019

**EMPLOYEE**
Michael A. Hershman
638 Lindero Canyon #420
Oak Park  CA 91377

**NET PAY:**                  $2,260.51
Acct#....3825:                $2,260.51

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 2,692.31 | 14,134.63 |
| office supplies etc | - | - | 0.00 | 1,032.62 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 176.15 | 924.79 |
| Social Security | 166.93 | 876.35 |
| Medicare | 39.04 | 204.95 |
| CA Income Tax | 49.68 | 260.82 |
| AZ Income Tax | 0.00 | 0.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $2,692.31 | $15,167.25 |
| Taxes | $431.80 | $2,266.91 |
| Deductions | $0.00 | $0.00 |

**Net Pay**        **$2,260.51**

| Statement of Earnings For: | LINDA HERSHMAN | | | | | MAXSOLD | | |
|---|---|---|---|---|---|---|---|---|
| Employee #: 1161 | | Department 100 | | Period Begin: 1/20/2020 | Check Date: 2/13/2020 | 203 EAST POST ROAD | | |
| Clock Number: | | | | Period End: 2/2/2020 | Pay Type: Hourly | WHITE PLAINS, NY 10601 | | |
| SSN: XXX-XX-2156 | | Federal Filing: Married | | Exemptions: 0 | Additional Tax: | 914-619-5765 | | |
| Company Id: 206422 | | State Filing: Married One | | Exemptions: 0 | Additional Tax: | | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V562879 | $0.00 | $323.00 | $295.07 | |

| EARNINGS | | | | | *Not included in Totals | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars | Description | Current | YTD | Description | Current | YTD |
| Hourly Regular | 17.0000 | 19.00 | 323.00 | 49.50 | 841.50 | SOC SEC EE | 20.02 | 52.17 | | | |
| | | | | | | MED EE | 4.68 | 12.20 | | | |
| | | | | | | FEDERAL WH | 0.00 | 6.08 | | | |
| | | | | | | CALIFORNIA SDI | 3.23 | 8.42 | | | |
| Total: | | 19.00 | 323.00 | 49.50 | 841.50 | Total: | 27.93 | 78.87 | Total: | 0.00 | 0.00 |

| CURRENT PERIOD LEAVE ACCRUAL | DISTRIBUTION OF NET PAY | | |
|---|---|---|---|
| | Checking | Account: ####4000 | Deposit Amount: 295.07 |

MAXSOLD
203 EAST POST ROAD
WHITE PLAINS, NY 10601
914-619-5765

| CHECK DATE | VOUCHER ID |
|---|---|
| 2/13/2020 | V562879 |

| TOTAL NET PAY |
|---|
| ********$295.07 |

1161 100
**LINDA HERSHMAN**
638 LINDERO CYN RD 420
OAK PARK, CA 91377

**NOT NEGOTIABLE**

| Statement of Earnings For: | LINDA HERSHMAN | | | | MAXSOLD |
|---|---|---|---|---|---|
| Employee #: 1161 | Department: 100 | Period Begin: 12/23/2019 | Check Date: 1/16/2020 | | 203 EAST POST ROAD |
| Clock Number: | | Period End: 1/5/2020 | Pay Type: Hourly | | WHITE PLAINS, NY 10601 |
| SSN: XXX-XX-2156 | Federal Filing: Married | Exemptions: 0 | Additional Tax: | | 914-619-5765 |
| Company Id: 206422 | State Filing: Married One | Exemptions: 0 | Additional Tax: | | |

| Voucher Id | Check Amount | Gross Pay | Net Pay | Check Message |
|---|---|---|---|---|
| V535295 | $0.00 | $518.50 | $467.56 | |

**EARNINGS** (*Not included in Totals)

| Description | Rate | Hours | Dollars | YTD Hours | YTD Dollars |
|---|---|---|---|---|---|
| Hourly Regular | 17.0000 | 30.50 | 518.50 | 30.50 | 518.50 |
| **Total:** | | 30.50 | 518.50 | 30.50 | 518.50 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| SOC SEC EE | 32.15 | 32.15 |
| MED EE | 7.52 | 7.52 |
| FEDERAL WH | 6.08 | 6.08 |
| CALIFORNIA SDI | 5.19 | 5.19 |
| **Total:** | 50.94 | 50.94 |

**DEDUCTIONS**

| Description | Current | YTD |
|---|---|---|
| **Total:** | 0.00 | 0.00 |

**CURRENT PERIOD LEAVE ACCRUAL**

**DISTRIBUTION OF NET PAY**

| | | |
|---|---|---|
| Checking | Account: ####4000 | Deposit Amount: 467.56 |

---

MAXSOLD
203 EAST POST ROAD
WHITE PLAINS, NY 10601
914-619-5765

| CHECK DATE | VOUCHER ID |
|---|---|
| 1/16/2020 | V535295 |

| TOTAL NET PAY |
|---|
| ********$467.56 |

1161 100
**LINDA HERSHMAN**
638 LINDERO CYN RD 420
OAK PARK, CA 91377

**NOT NEGOTIABLE**