JEREMY W. FAITH

16030 Ventura Blvd., Suite 470

Encino, CA  91436

Telephone:  (818) 705-2777

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>HERSHMAN, MICHAEL A.<br>HERSHMAN, LINDA J.<br><br>　　　　Debtors | Chapter 7<br>Case No: 9:20-10254 MB<br><br><br><br>**WITHDRAWAL<br>OF TRUSTEE'S REPORT OF NO<br>DISTRIBUTION** |

TO THE CLERK:

    JEREMY W. FAITH, Chapter 7 Trustee herein ("Trustee"), respectfully requests that the Trustee's Report of No Distribution ("NDR") docketed on or about 06/10/2020 be withdrawn.  It was filed in error.

Date:  October 28, 2020　　　　　　　　　　　　/s/ JEREMY W. FAITH

　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee