JEREMY W. FAITH (State Bar No. 190647
16030 Ventura Blvd., Suite 470
Encino, CA  91436
Telephone:  (818) 705-2777

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION**

In re:

HERSHMAN, MICHAEL A.
HERSHMAN, LINDA J.
　　　　　　Debtors

) Chapter 7
) Case No: 9:20-bk-10254 MB
)
)
)
) **NOTICE OF CHAPTER 7 TRUSTEE'S
) INTENTION TO ABANDON ASSETS**
)
) **[11 U.S.C. § 554(a); FRBP 6007; and LBR
)    6007-1(a)]**
)
) **No Hearing Required**
)

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 554(a), Jeremy W. Faith, Chapter 7 trustee herein (the "Trustee") of the bankruptcy estate ("Estate") of MICHAEL HERSHMAN, LINDA HERSHMAN (the "Debtors"), intends to abandon to the Debtors,  the Estate's interest, if any, in the following assets:

　　　　1.   2007 Mercedes Benz GL; and

　　　　2.   2008 Mercedez Benz 350.

　(collectively, the "Property").

　　The Trustee is informed and believes that there is no realizable equity in the Property.  As such, the Trustee has determined that the Property is burdensome and of inconsequential value to

the Estate.  Hence, the Trustee believes that the proposed abandonment is in the best interests of the estate and its creditors.

Pursuant to Local Bankruptcy Rule 6007-1(c)(1), any objection or request for hearing must be filed with the Court and served on the undersigned not more than 14 days after service of this notice.  If no request for hearing is timely filed and served, the Trustee may take the proposed action and the Trustee will be deemed to have abandoned any interest in the Property 14 days from the date of mailing this notice, which date is noted below.

Dated:  January 6, 2022                                              /s/ JEREMY W. FAITH
                                                                                    Chapter 7 Trustee

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **16030 Ventura Blvd., Suite 470, Encino, CA 91436**

A true and correct copy of the foregoing document entitled ***NOTICE OF CHAPTER 7 TRUSTEE'S INTENTION TO ABANDON ASSETS*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 01/01/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   - Jenelle C Arnold    ecfcacb@aldridgepite.com, jarnold@ecf.courtdrive.com
   - James K Cameron    jkcameronlaw@gmail.com
   - Jeremy W. Faith (TR)    Trustee@MarguliesFaithlaw.com, C118@ecfcbis.com;Helen@MarguliesFaithLaw.com;leedowding@gmail.com
   - Roger F Friedman    rfriedman@rutan.com
   - Brent D George    brentg1@att.net
   - Glenn C. Kelble    glenn@ksgklaw.com
   - Edward A Treder    cdcaecf@bdfgroup.com
   - United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
   - Larry D Webb    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
   - Robert P Zahradka    rzahradka@nationalfunding.com

2. **SERVED BY UNITED STATES MAIL**:
On January 6, 2022, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Martin R. Barash, 21041 Burbank Blvd., Suite 342, Woodland Hills, CA 91367

☒Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 6, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 6, 2022 | Lee Dowding | /s/LEE DOWDING |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-3.1.PROOF.SERVICE

Resurgent Receivables LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

5 AIF Sycamore 1 LLC,
and 5 Arch Funding Corp.
19800 MacArthur Blvd.
Suite 1150
Irvine, CA 92612-8445

Access Investment Holdings, LLC
One Baxter Way, Suite 220
Thousand Oaks, CA 91362-3889

Albert Womble ISAOA
PO Box 3609
Seal Beach, CA 90740-7609

Alfredo Gonzales
11834 East 166 St.
Artesia, CA 90701-1815

Amarith Development LLC
500 S. Main St.
Suite 102
Orange, CA 92868-4512

American Express
PO Box  0001
Los Angeles, CA 90096-8000

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998-1540

Amit Yonay
1768 Mesa Ridge Ave.
Westlake Village, CA 91362-5250

Anchor Fund Holdings, LLC
One Baxter Way, Suite 220
Thousand Oaks, CA 91362-3889

Anchor IRA Fund Holdings, LLC
One Baxter Way, Suite 220
Thousand Oaks, CA 91362-3889

Anchor Loans LP
5230 Las Virgenes Road #105
Calabasas, CA 91302-3447

Anchor Loans, LP
One Baxter Way, Suite 220
Thousand Oaks, CA 91362-3889

Andrew Michael Ward
1271 Granville Ave. #404
Los Angeles, CA 90025-1666

Arch Funding
19800 MacArthur Blvd.
Suite 1150
Irvine, CA 92612-8445

Arch Funding/5 AIF Maple 2, LLC
19800 MacArthur Blvd.
Suite  1150
Irvine, CA 92612-8445

Arlington Investments LLC
68 Genoa St. #A
Arcadia, CA 91006-6861

Arturo Gonzalez
31320 Via Colinas Suite 117
Westlake Village, CA 91362-6746

Bank of America
Attn: Bankruptcy
Nc4-105-03-14 Pob 26012
Greensboro, NC 27420

Bank of America, N.A.
PO BOX 31785
Tampa, FL 33631-3785

Ben Rugg
2995 Brynwood Drive
Madison, WI 53711-5831

Camilo Concha
15303 Ventura Blvd. #850
Sherman Oaks, CA 91403-6630

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Castle Real Estate Investments, LLC
Michelle Halliwell
1014 S. Westlake Blvd. #14152
Westlake Village, CA 91361-3108

Cathleen Bloeser as Trustee of the
Cathleen Bloeser Living Trust
30765 Pacific Coast Highway #314
Malibu, CA 90265-3643

Central Loan Admin & R
Po Box 77404
Ewing, NJ 08628-6404

Charles McDonald
1731 Howe Avenue #123
Sacramento, CA 95825-2209

Chester Joseph Smigielski
10 Wales St.
Thousand Oaks, CA 91360-3543

Citi/Sears
Citibank/Centralized Bankruptcy
Po Box 790034
St Louis, MO 63179-0034

Citibank
PO Box 1503
Saint Peters, MO 63376-0027

Citibank, N.A.
5800 S Corporate Pl
Sioux Falls, SD  57108-5027

Citibank/Shell Oil
Citicorp Credit Srvs/Centralized Bk dept
Po Box 790034
St Louis, MO 63179-0034

Consumer Acceptance Corp.
15303 Ventura Blvd. #850
Sherman Oaks, CA 91403-6630

David Spangler
27489 Agoura Road
Agoura Hills, CA 91301-2419

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA  98083-0657

(p)DSNB MACY S
CITIBANK
1000 TECHNOLOGY DRIVE MS 777
O FALLON MO 63368-2222

FINANCIAL CREDIT NETWORK
PO BOX 3084
VISALIA, CA 93278-3084

Fernando Garcia De La Cruz and
Ricardo Fajardo
1916 S. Ninth Street
Anaheim, CA 92802-3201

Financial Credit Netwo
1300 W Main
Visalia, CA 93291-5825

Francis Capital and Gavilan Capital
Multifamily Opportunity Fund I, LLC
555 Marin Street
Suite 140
Thousand Oaks, CA 91360-4103

GMDM Investments, LLC
7280 west Palmetto Park Rd. #106-N
Boca Raton, FL 33433-3423

George Polous
15 Mistral
Aliso Viejo, CA 92656-2324

Graham Barker
PO Box 5137
Chatsworth, CA 91313-5137

Grant S. Pederson, Trustee of the
Pederson Family Trust
1022 Bradbury Court
Westlake Village, CA 91361-1804

Hossein and Susan Balou
11334 Barcelona Lane
Frisco, TX 75035-5043

| | | |
|---|---|---|
| IKO Investments<br>1768 Mesa Ridge Ave.<br>Thousand Oaks, CA 91362-5250 | Jim and Celeste Kelben<br>1916 Court St.<br>Newport Beach, CA 92663-4316 | Joshua Marder<br>401 Rockefeller Apt. B1013<br>Irvine, CA 92612-7179 |
| Kevin Kanegai<br>3314 Iroquois Ave.<br>Long Beach, CA 90808-4103 | Kohls/Capital One<br>Attn: Credit Administrator<br>Po Box 3043<br>Milwaukee, WI 53201-3043 | Levbern Properties LLC<br>c/o Andrew ward<br>1271 Granville Ave. #404<br>Los Angeles, CA 90025-1666 |
| Lisa Marie Conley-Lambert<br>80 Borghese<br>Irvine, CA 92618-0113 | LoanCare LLC<br>Attn: Consumer Solutions Dept<br>Po Box 8068<br>Virginia Beach, VA 23450-8068 | Marriot Ownership Resort, Inc.<br>Care of Robert W. Davis, Jr.<br>200 S. Orange Ave. Suite 2600<br>Orlando, FL 32801-3461 |
| Michael Associates<br>255 Saint Charles St. #204<br>Thousand Oaks, CA 91360 | Paulette Callahan<br>31320 Via Colinas Suite 117<br>Thousand Oaks, CA 91362-6746 | Reginald Evans<br>3488 Chestnut Dr.<br>Norco, CA 92860-1841 |
| Ricardo Manciel<br>424 Diana Place<br>Fullerton, CA 92833-2657 | Robert and Tamorah Schuett<br>1991 Country Club Road<br>Thousand Oaks, CA 91360-5008 | Roshanak Khojasteh<br>820 Bellflower Ave. #311<br>North Hollywood, CA 91601 |
| Ryan Bradley<br>1350 E. Los Angeles Ave. Suite 3C<br>Simi Valley, CA 93065-2860 | Sam Salgado<br>PO Box 312<br>Moorpark, CA 93020-0312 | Skidemore Markel<br>2480 Stearns St.<br>Simi Valley, CA 93063-2418 |
| Strategic Emerging Economics, Inc.<br>c/o Law Office of David Brownstein<br>PO Box 16474<br>Irvine, CA 92623-6474 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank/TJX<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| TJ Maxx<br>PO Box 530949<br>Atlanta, GA 30353-0949 | TSC Acct/Rec Solutions<br>Attn: Bankruptcy Dept<br>2701 Laker Ave West Suite 120<br>Carlsbad, CA 92010-6639 | Tam T Le<br>15811 Exeter St<br>Westminster, CA 92683-7514 |
| The Kuther Living Trust<br>Ryan D. Kuther, Amy M. Kuther co Tr<br>1652 Folkstone Terrace<br>Westlake Village, CA 91361 | Todd Vigneux Trustee of the<br>Vigneux Family Trust<br>Thousand Oaks, CA 91360 | Trojan Professional Srvs<br>Attn: Bankruptcy<br>Po Box 1270<br>Los Alamitos, CA 90720-1270 |
| Union Bank Visa<br>PO Box 60398<br>Phoenix, AZ 85082-0398 | | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 |

Waterlee, Inc.
29500 Heathercliff Rd. #42
Malibu, CA 90265-6042

Zahra Azizi
2201 Michelson Apt. 2213
Irvine, CA 92612

tam Le
15811 Exeter St.
Westminster, CA 92683-7514

Linda J. Hershman
3063 Los Robles Road
Thousand Oaks, CA 91362-3323

Michael A. Hershman
3063 Los Robles Road
Thousand Oaks, CA 91362-3323