SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
THEODORE A. COHEN, Cal. Bar No. 151427
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:    213.620.1780
Facsimile:    213.620.1398
E mail:        tcohen@sheppardmullin.com

Attorneys for Creditor FRANCIS CAPITAL
& GAVILAN CAPITAL MULTIFAMILY
OPPORTUNITY FUND I

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>HERSHMAN, MICHAEL A, and<br>HERSHMAN, LINDA J.,<br><br>    Debtors. | Case No. 20-10254-MB<br><br>Chapter 7<br><br>**FRANCIS CAPITAL & GAVILAN CAPITAL MULTIFAMILY OPPORTUNITY FUND I'S OBJECTION TO NOTICE OF CHAPTER 7 TRUSTEE'S INTENTION TO ABANDON ASSETS** |

Creditor Francis Capital & Gavilan Capital Multifamily Opportunity Fund I ("Francis Capital") holds an unsecured claim in excess of $1.8 million against Debtors (Proof of Claim filed March 5, 2021, Claim No. 10-1). Francis Capital hereby objects to the Notice of Chapter 7 Trustee's Intention to Abandon Assets dated January 6, 2022 (the "Notice") and requests that the Trustee not abandon the two automobiles referenced in the Notice.

Francis Capital disagrees that the automobiles are of inconsequential value to the estate, and asserts that the value of the automobiles should inure to the benefit of creditors, not the Debtors. Francis Capital believes that the automobiles may have substantial value. Francis Capital understands that per autotrader.com, the 2007 Mercedes Benz GL and the

-1-

2008 Mercedes Benz 350 are worth between $10,000 and $20,000 each, depending on their condition.

The Notice does not indicate what investigation or analysis, if any, the Trustee undertook before concluding that abandonment is in the best interests of the estate and creditors. Francis Capital respectfully requests that prior to abandoning the automobiles, the Trustee attempt to sell them for fair market value, whether to the Debtors or third parties.

Dated: January 19, 2022

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      *Theodore A. Cohen*
         THEODORE A. COHEN

Attorneys for FRANCIS CAPITAL & GAVILAN CAPITAL MULTIFAMILY OPPORTUNITY FUND I

PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  333 S. Hope Street, 43rd Floor, Los Angeles, CA 90071.

A true and correct copy of the following document described as **FRANCIS CAPITAL & GAVILAN CAPITAL MULTIFAMILY FUND I'S OBJECTION TO NOTICE OF CHAPTER 7 TRUSTEE'S INTENTION TO ABANDON ASSETS** were served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1.     **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Order and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On January 19, 2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Jenelle C Arnold**    ecfcacb@aldridgepite.com, jarnold@ecf.courtdrive.com
- **James K Cameron**    jkcameronlaw@gmail.com
- **Jeremy W. Faith (TR)**    Trustee@MarguliesFaithlaw.com, C118@ecfcbis.com;Helen@MarguliesFaithLaw.com;leedowding@gmail.com
- **Roger F Friedman**    rfriedman@rutan.com
- **Brent D George**    brentg1@att.net
- **Glenn C. Kelble**    glenn@ksgklaw.com
- **Edward A Treder**    cdcaecf@bdfgroup.com
- **United States Trustee (ND)**    ustpregion16.nd.ecf@usdoj.gov
- **Larry D Webb**    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com
- **Robert P Zahradka**    rzahradka@nationalfunding.com

2.     **SERVED BY UNITED STATES MAIL:** On NA, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed enveloped in the United States mail, first class, postage prepaid, and addressed as follows:  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

3.     **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on January 19, 2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*JUDGE (VIA FEDEX)*
The Honorable Martin R. Barash
U.S. Bankruptcy Court
21041 Burbank Blvd., Suite 342
Woodland Hills, CA 91367

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 19, 2022, at Los Angeles, California.

/s/ *Margaret Tzeng*
Margaret Tzeng

SMRH:4827-1795-3438.1

-1-