UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

In re:   MICHAEL A. HERSHMAN   Chapter: 7
LINDA J. HERSMAN   Bankruptcy Case No.: 9:20-bk-10254

## WITHDRAWAL OF CLAIM

Grant S. Pederson, Trustee, Pederson Family Trust, withdraws his Proof of Claim Number 14 filed on 3/31/2021, in the amount of $91,104.03.

Respectfully submitted,

By: *[signature]*
Grant S. Pederson, Trustee
Pederson Law Offices
920 Hampshire Rd., Suite A1
Westlake Village, CA 91361

Dated: March 29, 2022