JEREMY W. FAITH
Trustee in Bankruptcy
16030 Ventura Blvd., Suite 470
Encino, CA  91436
Telephone:  (818) 705-2777

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>HERSHMAN, MICHAEL A.<br>HERSHMAN, LINDA J.<br><br>　　　　Debtors | Chapter 7<br>Case No: 9:20-bk-10254 MB<br><br><br>**WITHDRAWAL**<br>**OF DOCUMENT** |

TO THE CLERK:

　　　JEREMY W. FAITH, Chapter 7 Trustee herein ("Trustee"), respectfully requests that the Trustee's Final Report ("TFR") docket number 64, filed on or about May 24, 2022, be withdrawn.  After the filing of the Trustee's Final Report, Claims 33 and 35, originally filed as secured claims by creditors Redwood BPL Holdings, LLC and 5AIF Sycamore 2, LLC, were amended by the creditors on June 17, 2022 as general unsecured claims. As a result, the Trustee must recalculate the pro rata distribution to unsecured creditors and file an amended Trustee's Final Report.

Date:  June 23, 2022　　　　　　　　　　　　　　/s/ JEREMY W. FAITH
　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7 Trustee